**Magikist Rug Cleaners, Plaintiff-Counter-Defendant-Appellant, v. J. Falduto, and Mrs. J. Falduto, Defendants-Counter-Plaintiffs-Appellees.**

Gen. No. 47,581.

First District, Second Division.

February 3, 1959.

Rehearing denied April 8, 1959.

Released for publication April 8, 1959.

Irving Eisenberg (Paul I. Baikoff, of counsel) for appellant; no appearance or briefs filed by appellee. Opinion by JUSTICE KILEY. Not to be published in full.